COM.

v.

**POLANCO–CANO, I.**

**463 MDA 2017**

Superior Court of Pennsylvania.

08/22/2017

CP–36–CR–0005802–2015
(Lancaster)

Affirmed/Vacated

COM.

v.

**NAPPER, K.**

**724 WDA 2016**

Superior Court of Pennsylvania.

08/22/2017

CP–02–CR–0010388–2012, CP–02–CR–0016131–2013 (Allegheny)

Reversed/Remanded

**JOSEPH, L.**

v.

**O'LAUGHLIN, J.**

**1706 WDA 2015**

Superior Court of Pennsylvania.

08/22/2017

1691 of 2015 G.D.
(Fayette)

Affirmed

COM.

v.

**ANTHONY, R.**

**1670 WDA 2016**

Superior Court of Pennsylvania.

08/22/2017

CP–02–CR–0016531–2002
(Allegheny)

Affirmed